Amy L. Bennecoff Ginsburg(275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIL LITTLEJOHN, | ) |
| | ) |
| Plaintiff, | ) **Case No.: 2:15-cv-09456-MWF(SSx)** |
| v. | ) |
| | ) |
| CONSERVE, INC., | ) **NOTICE OF SETTLEMENT** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK:

NOW COMES Plaintiff, Jamil Littlejohn ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

/S/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esquire
Date: <u>January 26, 2016</u>   Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on the following on this 26th day of January, 2016:

Robert Leni, Esq.
200 CrossKeys Office Park
PO Box 457
Fairport, NY 14450
Email: rleni@conserve-arm.com

/S/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esquire
Date: <u>January 26, 2016</u>   Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

NOTICE OF SETTLEMENT

2:12-cv-4261-PSG-AJW