UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-9456-MWF(SSx)**                                                    Dated: **January 27, 2016**

Title:     Jamil Littlejohn -v- Conserve, Inc.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                          None Present
    Relief Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                         None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

    In light of the Notice of Settlement filed January 26, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 28, 2016, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                   Initials of Deputy Clerk   cw
CIVIL - GEN