# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **JAMIL LITTLEJOHN,** | ) | |
| | ) | |
| | ) | **Case No.: 2:15-cv-09456** |
| **Plaintiff,** | ) | |
| v. | ) | |
| **CONSERVE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.


Dated: March 21, 2016              BY: */s/ Amy L. Bennecoff Ginsburg*
                                   Amy L. Bennecoff Ginsburg, Esquire
                                   Kimmel & Silverman, P.C
                                   30 East Butler Pike
                                   Ambler, PA 19002
                                   Phone: (215) 540-8888
                                   Facsimile: (215) 540-8817
                                   Email: aginsburg@creditlaw.com
                                   Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2016, a true and correct copy of the

foregoing pleading served via mail to the below:


Robert Leni, Esq.
200 Cross Keys Office Park
PO Box 457
Fairport, NY 14450
Phone: (585) 421-1000
Fax: (585) 421-1054
Email: rleni@conserve-arm.com


*/s/Craig Thor Kimmel*
Craig Thor Kimmel Esq.
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff